FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG - 6 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,   )
                            )
         Plaintiff,         )
                            )
v.                          )   2:11-CR-063-JCM-(CWH)
                            )
TONY AHN,                   )
                            )
         Defendant.         )

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT TONY AHN

On May 7, 2012, this Court entered the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C); and Title 21, United States Code, Section 853(p), forfeiting property of defendant TONY AHN to the United States of America. Preliminary Order of Forfeiture, ECF No. 116.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C); and Title 21, United States Code, Section 853(p) that the forfeiture of

. . .

. . .

the property named in the Preliminary Order of Forfeiture (ECF No. 116) is final as to defendant TONY AHN.

DATED this 6th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

2