2012 SEP -7 P 1: 32

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:11-CR-063-JCM-(CWH) |
| | ) | |
| DAVID EVANS, | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

On September 6, 2012, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2);Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); and Title 18, United States Code, Section 1029(c)(1)(C), based upon the plea of guilty by defendant DAVID EVANS to criminal offenses, forfeiting specific property alleged in the Indictment and in the Bill of Particulars and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offenses to which defendant DAVID EVANS pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 55; Plea Memorandum, ECF No. 59; Minutes of Change of Plea Proceedings, ECF No. 57; Amended Preliminary Order of Forfeiture, ECF No. 129.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from June 7, 2011, through July 6, 2011, further notifying all third parties of their right to petition the Court. Notice of Proof of Publication, ECF No. 73.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); and Title 18, United States Code, Section 1029(c)(1)(C), and shall be disposed of according to law:

1. Motorola cell phone S/N SJUG5546AF;

2. Blackberry cell phone IMEI# 358453021785810;

3. Any and all funds in Bank of America account 5010-0002-7032 in the amount of $4,453.94;

4. $10,940 in United States Currency (seized from Joseph Ramirez);

5. Glock 21, serial number NHP 408 (with 2 magazines);

6. Dragonov rifle, serial number D029-75 (with scope and 2 magazines);

7. Two swords in case, unknown make/model;

8. Ammo can with .308 rounds;

9. 2005 Black Harley Davidson Sportster, VIN# 1HD1CGP195K453157;

10. Any and all funds in Bank of America Account No. 11020-11128 in the amount of $15,035.38;

11. Any and all funds in Bank of America Account No. 5010-0865-1073 in the amount of $2,897.31;

12. 2007 Grey Dodge Ram, 1500 Quad Cab, VIN# 1D7HA18267S266252;

13. Black 1999 RE/MAX International Convention laptop bag;

14. Unitech MSR206u magnetic card reader;

15. Magnetic card reader power cord;

16. Magnetic card reader USB connection cord;

17. Magnetic card reader VGA connection cord;

18. Three Players Club cards;

19. Package of velcro wire retention straps;

20. Toshiba Satellite laptop, model number PSL2XU, serial number X5110890W;

21. Laptop power cord;

22. Several sheets of adhesive label paper;

23. Nokia cell phone;

24. Camel cigarette pack containing 17 Players Club cards with

    PIN numbers written on back, as follows:

    Players Club card with PIN number 1234

    Players Club card with PIN number 6280

    Players Club card with PIN number 4270

    Players Club card with PIN number 2323

    Players Club card with PIN number 2222

    Players Club card with PIN number 3251

    Players Club card with PIN number 1961

    Players Club card with PIN number 2210

    Players Club card with PIN number 9433

    Players Club card with PIN number 1937

    Players Club card with PIN number 1110

Players Club card with PIN number 5181

Players Club card with PIN number 0823

Players Club card with PIN number 7777

Players Club card with PIN number 5117

Players Club card with PIN number 1723

Players Club card with PIN number 3188;

25. Disk located in disk drive of Toshiba laptop, identified as MSR 206U 1.
Demo 2. Programmer's Manual 3. USB Driver; and

26. An *in personam* criminal forfeiture money judgment of $863,895.00 in United
States Currency.

*[handwritten: $389,999.99]*

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
as any income derived as a result of the United States of America's management of any property
forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three
certified copies to the United States Attorney's Office.

DATED this _____ day of _____ , 2012.

_____
UNITED STATES DISTRICT JUDGE